**Reversed and Remanded and Majority and Concurring Opinions filed September 6, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-11-00755-CV

**ROY PIPKIN EXECUTOR OF THE ESTATE ON BEHALF OF BAYON SHEA PIPKIN, Appellant**

**V.**

**KROGER TEXAS LP, Appellee**

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2010-14137**

## C O N C U R R I N G   O P I N I O N

I concur in the result only.

In my opinion, the summary judgment evidence filed in the trial court by May 10, 2011, raised material fact issues that prevented the proper grant of summary judgment in this case.

I specifically do not join Section III B of the Majority Opinion dealing with mandatory e-filing.


/s/     Margaret Garner Mirabal
Senior Justice


Panel consists of Justices Frost, McCally, and Mirabal.[1] (McCally, J. majority)

---

[1] Senior Justice Margaret Garner Mirabal sitting by assignment.